```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                    :
ROGER MOORE,                        :
                                    :  Civil Action No. 09-6065 (NLH)
            Petitioner,             :
                                    :
      v.                            :           **O R D E R**
                                    :
WARDEN DONNA ZICKEFOOSE,            :
                                    :
            Respondent.             :
_____ :

This matter having come before the Court on Petitioner's submission of a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and it appearing that:

1.  Petitioner is currently confined at the Federal Correctional Institution, Fort Dix, New Jersey;

2.  Petitioner did not prepay the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a); nor did he submit an application to proceed <u>in forma pauperis</u>.

IT IS THEREFORE on this  3rd  day of  December  , 2009,

ORDERED that the Clerk of the Court shall supply Petitioner with a blank form <u>in forma pauperis</u> application for use in a habeas case; and it is further

ORDERED that, within 30 days of the date of entry of this Order, Petitioner shall either remit the $5.00 filing fee or submit a completed and signed <u>in forma pauperis</u> application, with a certification of Petitioner's institutional account as required by Local Civil Rule 81.2(b); and it is finally

ORDERED that, if Petitioner does not pay the filing fee or submit a certified in forma pauperis application within the above 30-day period, the petition will be deemed withdrawn and the case will be administratively terminated.

/s/ NOEL L. HILLMAN
NOEL L. HILLMAN
United States District Judge

At Camden, New Jersey